Case 3:18-cr-01683-BAS   Document 1   Filed 03/05/18   PageID.1   Page 1 of 2

FILED

MAR 0 5 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**18MJ1010**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No._____ |
| Plaintiff, | |
| | COMPLAINT FOR VIOLATION OF |
| v. | |
| | Title 8, U.S.C., Section |
| Mark Anthony GOODWIN, | 1324(a)(2)(B)(ii)- |
| | Bringing in Unlawful Alien(s) for |
| Defendant | Financial Gain |

The undersigned complainant being duly sworn states:

On or about March 5, 2018, within the Southern District of California, Defendant, Mark Anthony GOODWIN, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, Evodio LUNA-Sanchez had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Victor Renteria, CBP Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this 5th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Evodio LUNA-Sanchez is a citizen of a country other than the United States; that said alien has admitted to be deportable; that his testimony is material; that it is impractical to secure his attendance at trial by subpoena; and that he is material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 5, 2018, at approximately 12:18 A.M., Mark Anthony GOODWIN (Defendant), a United States citizen, entered the United States from Mexico via the Otay Mesa, California Port of Entry as the driver and sole visible occupant of a silver BMW X5 bearing California license plates. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant identified himself with his valid United States Passport and said he was going to San Diego, California with nothing to declare from Mexico. The CBP Officer noticed the spare tire cover was not seated correctly and requested Defendant open the rear hatch. When the officer lifted the cover, one concealed individual was discovered in the spare tire compartment. Defendant was secured and escorted to secondary inspection along with the vehicle.

In secondary, CBP Officers assisted and removed one man the vehicle's cargo area. The individual, later identified as Evodio LUNA-Sanchez (MW), was determined to be a Mexican citizen without lawful documents to enter or reside in the United States and was held as a Material Witness.

During a video recorded interview, Material Witness admitted he is a citizen of Mexico without documents to enter the United States. Material Witness admitted he agreed to pay an unknown man in Tijuana, Baja California Mexico $14,000.00 to be smuggled into the United States and was going to San Bernardino, California.